**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:05-cr-100-J-32MCR

TERRELL WILLIAMS

## ORDER

The Court has examined the defendant, **TERRELL WILLIAMS**, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and the **Federal Public Defender** is hereby appointed to represent the defendant.

**DONE** and **ORDERED** in Jacksonville, Florida on this 17th day of December, 2020.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant United States Attorney (Coolican)
Federal Public Defender (Hanania)