# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

## UNITED STATES OF AMERICA

## VS.                                    CASE NO: 3:05-cr-100-J-32MCR

## TERRELL WILLIAMS

## ORDER OF DETENTION PENDING
## FINAL REVOCATION HEARING

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending the final revocation hearing in this case.

### Part I—Findings of Fact

**The defendant appeared before the undersigned on December 22, 2020, at which time defense counsel advised of Defendant's desire to waive his detention hearing.  The Court questioned Defendant regarding the waiver of hearing and found that he did so knowingly and voluntarily.  Therefore, he is ordered detained pending the final revocation hearing.**

### Part II—Written Statement of Reasons for Detention

After reviewing the credible testimony and information submitted at the hearing, I find that the defendant has failed to establish by clear and convincing evidence, *see* Federal Rule of Criminal Procedure 32.1(a)(6); 18 U.S.C. § 3143(a), that he or she is not likely to flee or does not pose a danger to the safety of any other person or the community.  In support thereof, see attached findings

### Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Date: December 22, 2020

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE